■ LAWRENCE D. GADLEY, Appellant, v U.S. SUGAR COMPANY, INC., Respondent. [666 NYS2d 96] —Order unanimously reversed on the law with costs and motion granted. Memorandum: Supreme Court improvidently exercised its discretion in denying plaintiff's motion for leave to amend the ad damnum clause of the complaint. Absent prejudice to a defendant, "a motion to amend the *ad damnum* clause, whether made before or after trial, should generally be granted" (*Loomis v Civetta*

*Corinno Constr. Corp.*, 54 NY2d 18, 23, *rearg denied* 55 NY2d 801; *see, Smith v Lift-A-Loft Equip.*, 210 AD2d 989). (Appeal from Order of Supreme Court, Erie County, Whelan, J.— Amend Complaint.) Present—Denman, P. J., Green, Callahan, Balio and Fallon, JJ.